REBECCA O'SULLIVAN, Respondent, v. GENNARO CARDILLO, Appellant.— Judgment of the City Court of Yonkers affirmed, with costs. No opinion. Rich, Young, Seeger and Carswell, JJ., concur; Lazansky, P. J., dissents upon the

ground hat if there were lights upon defendant's car, plaintiff would be guilty of contributory negligence as matter of law, and a finding that there were no lights upon the car is against the weight of the evidence.